UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,

-against-

YOMELBIN LIZARDO,

                                 Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**21 MAG 2686**

Defendant   YOMELBIN LIZARDO    hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or __X_ teleconferencing:

__X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__    Bail/Detention Hearing

___    Conference Before a Judicial Officer

*YOMELBIN LIZARDO, SIGNED ELECTRONICALLY
BY COUNSEL ON DEFENDANT'S BEHALF
WITH DEFENDANT'S CONSENT*
_____/S/_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

YOMELBIN LIZARDO
Print Defendant's Name

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/12/21

_____                    _____
Date                                     U.S. District Judge/U.S. Magistrate Judge